# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

KARYN WALLS, Individually and for Others
Similarly Situated,

v.

APEX SYSTEMS, LLC

Case No. 3:20-cv-00044-MHL

Collective Action

## AGREED ORDER DISMISSING IN FAVOR OF ARBITRATION

This matter comes before the Court on the parties' Joint Motion to Dismiss in Favor of

Arbitration.  The parties have informed the Court of their intent to proceed to resolve all pending

disputes in binding arbitration and move to dismiss this matter with prejudice for further arbitration

proceedings before the Honorable James R. Spencer (retired).  The parties have further advised the

Court that Judge Spencer has agreed to serve as the arbitrator for all remaining issues in dispute.

Accordingly, the Court DIMISSES the case.

It is SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 11|19|2020

Richmond, VA

/s/

M. Hannah Lauck
United States District Judge

M. Hannah Lauck
United States District Judge